|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VENIS J. MAHORNE, | Case No. 1:23-cv-00415-CDB (SS) |
| --- | --- |
| Plaintiff, | ORDER ON STIPULATION EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 13) |
| Defendant. | |

Plaintiff Venis J. Mahorne ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). Pending before the Court is Plaintiff's stipulated request for an extension of time to file her motion for summary judgment from July 21, 2023, to September 19, 2023. (Doc. 13).

Accordingly, for the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's shall file her motion for summary judgment no later than to September 19, 2023; and

/ / /

/ / /

1

2. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any cross-motion for motion for summary judgment/opposition and/or reply brief.

IT IS SO ORDERED.

Dated: __**July 18, 2023**__                     _____
                                                                    UNITED STATES MAGISTRATE JUDGE